SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 22 2016

JULIA C. DUDLEY, CLERK
BY: A. Blaylock
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of ）
*(Briefly describe the property to be searched* ）
*or identify the person by name and address)* ）  Case No. 1:16mj95
29337 Blue Spring Road ）
Meadowview, VA ）
）

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___Western___ District of ___Virginia___ *(identify the person or describe property to be searched and give its location):* 29337 Blue Spring Rd, Meadowview, VA (to include the residence, curtilage, outbuildings, stuctures, campers, persons present, and vehicles present). Attachment A consists of a photograph of the residence.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___21___ U.S.C. § ___846/841(a)(1)___, and the application is based on these
facts:  See Attachment C                               and/or 841(a)(1)

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brian Snedeker, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/22/16

_____
*Judge's signature*

City and state: Abingdon, Virginia       Pamela Meade Sargent, USMJ
*Printed name and title*

ATTACHMENT A



29337 Blue Spring Rd, Meadowview, VA

ATTACHMENT B

1. Methamphetamine laboratory precursors, chemicals, and equipment (and original packaging of same) including the following: pseudoephedrine, ammonium nitrate (e.g. instant cold packs), lithium (e.g. batteries containing lithium), sodium hydroxide (e.g. Red Devil Lye), petroleum ether/petroleum naphtha/white gas (e.g. Coleman Fuel, lighter fluid), muriatic acid, sulfuric acid, table salt, aluminum foil, plastic soda bottles (empty or no longer containing original contents), glass mason jars, plastic food storage containers, Ziplock-type plastic bags, plastic tubing, electrical tape and/or duct tape, coffee filters, pipe cutters (used to cut open lithium batteries), electric hot plates/electric skillets, frying pans, razor blades, digital scales, funnels, and stirring utensils.

2. Unidentified powders (processed/semi-processed precursors, chemicals).

3. Glass jars and plastic bottles/storage containers filled with unidentified liquids or sludges (processed/semi-processed precursors and other unidentified mixtures related to the manufacturing of methamphetamine)

4. Devices used to communicate with methamphetamine manufacturing co-conspirators including cellular telephones and two-way radios; electronic equipment used for counter-surveillance to include scanners, anti-bugging devices, and video surveillance cameras.

5. Firearms, including but not limited to handguns, rifles, and shotguns that are commonly used by individuals to protect clandestine methamphetamine manufacturing related operations and controlled substances.

6. Books, receipts, ledgers, notes, and videos pertaining to the illicit manufacturing of methamphetamine and the purchasing, transporting, and preparation of methamphetamine precursors, chemicals, and equipment.

7. Messages/letters, telephone numbers/call records/contact information, names, and addresses relating to the illicit manufacturing of methamphetamine and the purchasing, transporting, and preparation of methamphetamine precursors, chemicals, and equipment. These messages/letters, telephone numbers/call records/contact information, names, and addresses may be written on personal calendars, personal address/telephone books, Rolodex type indices, notebooks, loose pieces of paper, and found in mail.

8. Photographs and videos depicting persons involved with/engaged in the manufacturing/use of methamphetamine and/or the purchasing, preparing, and storing of methamphetamine laboratory precursors, chemicals, and equipment.

ATTACHMENT B (Continued)

9. Items or articles of personal property tending to show ownership, dominion, or control of the premises/property/vehicles. Such items or articles include (but are not limited to) personal identification, personal correspondence, diaries, checkbooks, notes, photographs (including digital), keys, receipts, personal telephone and address books, videos, and motor vehicle related documents (titles/registrations).

10. Many of the items listed in Paragraphs 6 through 9 are commonly stored in/on digital media. Therefore, digital media (including but not limited to computers/computer hard drives, floppy disks, CD's, flash/jump drives, personal digital assistants (PDA's), cellular/smart telephones, digital cameras, iPODs, iPADs, etc.) are to be seized and examined specifically for the items listed in Paragraphs 6 through 9.

ATTACHMENT C

AFFIDAVIT of
Special Agent Brian Snedeker
Drug Enforcement Administration
Bristol, Virginia

1. I, Special Agent Brian Snedeker, being duly sworn hereby depose and say:

2. The purpose of this application and affidavit is to secure a search warrant for the premises known as 29337 Blue Spring Rd, Meadowview, VA. This affiant, after obtaining and reviewing information, believes there is evidence of conspiracy to manufacture methamphetamine and/or manufacturing methamphetamine at 29337 Blue Spring Rd, Meadowview, VA in violation of 21 USC 846/841(a)(1) and 841(a)(1).

3. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for approximately (25) years. During my employment I have received comprehensive classroom training from the Drug Enforcement Administration in specialized narcotic investigative matters including but not limited to drug interdiction, drug detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and organizations involving the smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances and controlled substance precursors. I am a graduate of both the DEA's Clandestine Laboratory Investigation/Safety Certification Program and the DEA's Clandestine Laboratory Site Safety Officer School. I have participated in the execution of more than (300) narcotics related search warrants and the seizure and dismantling of more than (400) clandestine methamphetamine laboratories. I have testified as an expert on multiple occasions in Federal Court and State Court regarding the clandestine manufacturing of methamphetamine.

4. The facts set forth in this affidavit are known to me as a result of my personal participation and information provided to me by another law enforcement officer regarding Jason Long, Kimberly Powers, and Christine Thompson. Some of the information from the other officer was obtained via a reliable confidential source (hereafter referred to as "CS"). Any reference to the gender of the CS does not necessarily reflect the true gender of the CS.

5. The manufacturing of methamphetamine (a Schedule II Controlled Substance) by way of the ammonium nitrate/lithium metal method (also known as the "shake and bake" or "one pot" method) requires pseudoephedrine/ephedrine (obtained through the processing of cold/allergy pills, tablets, gelcaps, and liquids containing pseudoephedrine or ephedrine), ammonium nitrate (found in instant cold packs), and lithium metal (found in lithium batteries). Other chemicals/ingredients commonly used during the ammonium nitrate/lithium metal method include sodium hydroxide (e.g. Red Devil Lye), petroleum ether/petroleum naphtha/white gas (e.g. Coleman Fuel, lighter fluid), acetone, muriatic acid, sulfuric acid, table salt, and aluminum foil. Equipment/tools commonly used during the manufacturing of methamphetamine include soda bottles, glass mason jars, plastic food storage containers, plastic tubing, electrical tape and/or duct tape, coffee filters, pipe cutters

(often used to open lithium batteries), Ziplock-type plastic bags, frying pans/electric skillets/propane burners (to dry the methamphetamine), razor blades, digital scales, funnels, and stirring utensils.

6. Individuals who manufacture methamphetamine usually use and sell/trade the methamphetamine they manufacture. These manufacturers routinely have other persons (hereafter referred to as "shoppers") assist them in the purchasing of precursors, chemicals, and equipment/supplies needed to manufacture methamphetamine. Manufacturers will regularly pay shoppers in methamphetamine (to use and sell) and/or cash for their assistance.

7. During the last 60 days, a Washington County (VA) Sheriff's Office CS advised law enforcement that Jason Long is involved with the manufacturing of methamphetamine via the shake and bake method (ammonium nitrate/lithium metal method) and maintains a methamphetamine lab on his property in Meadowview, VA. The CS believes that Long is using the shake and bake method because when Long manufactures methamphetamine he shakes a bottle containing ingredients [this description is consistent with the ammonium nitrate/lithium metal method]. The CS last saw the methamphetamine lab in Long's shed (on his property behind his residence) during the Fall of 2014. Per the CS, Long keeps the laboratory components inside a black duffle bag. Some of the components observed by the CS inside the duffle bag included crystal drain opener (sodium hydroxide) and a powdery substance inside a clear plastic bag that the CS suspects was crushed pseudoephedrine. The CS further advised that when Long's minor son comes to visit Long at Long's residence, Long locks the duffle bag (methamphetamine lab) inside his (Long's) bedroom. The CS claimed that he obtained methamphetamine from Kimberly Powers while Powers was Long's girlfriend.

    The CS providing this information is considered reliable and has performed multiple (five or more) controlled (surveilled/monitored and recorded by law enforcement) purchases of methamphetamine from multiple subjects (arrests pending) during 2016. The CS also provided information to law enforcement that led directly to the arrest of a wanted person during 2016. The CS has admitted to using methamphetamine and is a member of the drug culture.

8. Kimberly Powers was Jason Long's known former girlfriend/associate. Christine Thompson is Jason Long's known current girlfriend/associate.

9. This affiant recently reviewed pseudoephedrine sales data provided by a number of retailers (as required under The Combat Methamphetamine Epidemic Act of 2005) and noted the following information regarding Jason Long, Kimberly Powers, and Christine Thompson:

    - On 04-22-2014, both Jason Long and Kimberly Powers purchased (10) day supplies of pseudoephedrine at WalMart in Lebanon, VA. The purchases were made within (8) minutes of each other.

    - On 04-29-2014, Kimberly Powers purchased a (10) day supply of pseudoephedrine at Rite Aid in Saltville, VA.

- On 04-30-2014, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Princeton, WV.

- On 05-15-2014, Kimberly Powers purchased a (10) day supply of pseudoephedrine at Rite Aid in Saltville, VA.

- On 05-22-2014, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Princeton, WV.

- On 05-30-2014, Kimberly Powers purchased a (10) day supply of pseudoephedrine at WalMart in Lebanon, VA.

- On 06-07-2014, Kimberly Powers purchased a (10) day supply of pseudoephedrine at Rite Aid in Saltville, VA.

- On 06-14-2014, both Jason Long and Kimberly Powers purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC. The purchases were made within (15) minutes of each other.

- On 06-27-2014, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Princeton, WV.

- On 07-04-2014, both Jason Long and Kimberly Powers purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC.

- On 07-14-2014, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 07-20-2014, Kimberly Powers purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 07-27-2014, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 08-04-2014, Kimberly Powers purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 08-11-2014, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 08-21-2014, Kimberly Powers purchased a (12) day supply of pseudoephedrine, returned a (6) day supply of pseudoephedrine, and then attempted to purchase another (12) day supply of pseudoephedrine all at WalMart in Galax, VA.

- On 08-24-2014, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 09-02-2014, Kimberly Powers purchased a (12) day supply of pseudoephedrine at a Walgreens in Johnson City, TN.

- On 09-09-2014, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 09-12-2014, Kimberly Powers purchased a (10) day supply of pseudoephedrine at Target in Bristol, VA.

- On 09-18-2014, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 09-27-2014, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 10-02-2014, Kimberly Powers purchased a (3) day supply of pseudoephedrine at Rite Aid in Saltville, VA.

- On 10-04-2014, Kimberly Powers purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 10-09-2014, Kimberly Powers purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC. On this same date, Jason Long purchased a (10) day supply of pseudoephedrine at Walgreens in Hickory, NC.

- On 10-22-2014, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 11-07-2014, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 11-16-2014, Kimberly Powers purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 12-03-2014, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 12-12-2014, Kimberly Powers purchased a (10) day supply of pseudoephedrine at WalMart in Lebanon, VA.

[All but (2) of the below listed purchases were for Walgreens' brand Wal-Phed D 96 count 30mg pseudoephedrine tablets]

- On 12-18-2014, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC.

- On 12-29-2014, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 12-30-2014, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 01-11-2015, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 01-14-2015, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 01-21-2015, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC. The purchases were made approximately (15) minutes apart.

- On 01-31-2015, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC.

- On 02-11-2015, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 02-15-2015, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 02-22-2015, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC.

- On 03-06-2015, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC. Both purchases were made between 12:00am and 2:00am.

- On 03-20-2015, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 03-21-2015, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 04-03-2015, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC. Both purchases were made between 9:13pm and 10:45pm.

- On 04-10-2015, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC. Both purchases were made between 6:20pm and 7:31pm.

- On 04-27-2015, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC. Both purchases were made between 8:13pm and 8:52pm.

- On 05-12-2015, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC. Both purchases were made between 12:32am and 3:21am.

- On 05-26-2015, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Abingdon, VA.

- On 06-03-2015, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Arden, NC.

- On 06-12-2015, Christine Thompson purchased a (6) day supply of pseudoephedrine at Walmart in Bristol, VA.

- On 06-16-2015, Jason Long attempted to purchase a (24) day supply of pseudoephedrine at Walgreens in Boone, NC. Long subsequently purchased a (12) day supply of pseudoephedrine at the same pharmacy. Christine Thompson purchased a (6) day supply of pseudoephedrine at this same pharmacy on this same date.

- On 06-28-2015, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC. Both purchases were made between 8:02pm and 9:43pm.

- On 07-09-2015, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 07-19-2015, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC.

- On 07-28-2015, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC. On this same date, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Hudson, NC.

- On 08-18-2015, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Salisbury, NC. On this same date, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 09-03-2015, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC. On this same date, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Salisbury, NC.

- On 09-19-2015, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 09-24-2015, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Loveland, OH.

- On 09-26-2015, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Maineville, OH.

- On 10-17-2015, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC. On this same date, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Wilkesboro, NC.

- On 10-22-2015, Jason Long purchased a (12) day supply of pseudoephedrine at a Walgreens in Charlotte, NC.

- On 10-23-2015, Christine Thompson purchased a (12) day supply of pseudoephedrine at a Walgreens in Charlotte, NC.

- On 11-09-2015, Jason Long purchased a (12) day supply of pseudoephedrine at a Walgreens in Charlotte, NC.

- On 12-07-2015, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Forest, VA. On this same date, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Lynchburg, VA.

- On 12-15-2015, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Lynchburg, VA.

- On 01-01-2016, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 01-13-2016, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC. The purchases were made approximately (30) minutes apart.

- On 02-01-2016, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC.

- On 02-16-2016, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Burlington, NC.

- On 02-17-2016, Christine Thompson purchased a (12) day supply of pseudoephedrine at a Walgreens in Greensboro, NC.

- On 03-02-2016, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 03-07-2016, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 03-16-2016, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC. [On this date, Long should have had a (3) day supply of pseudoephedrine left over from his purchase on 03-07-2016 if he had consumed (maximum doses) the pseudoephedrine as directed.]

- On 03-25-2016, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 04-02-2016, both Jason Long and Christine Thompson purchased (12) day supplies of pseudoephedrine at Walgreens in Boone, NC. The purchases were made approximately (10) minutes apart.

- On 04-20-2016, Jason Long and Christine Thompson each purchased (12) day supplies of pseudoephedrine at Walgreens in Shelby, NC. The purchases were made approximately (30) minutes apart.

- On 05-10-2016, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Huntersville, NC.

- On 05-19-2016, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Burlington, NC.

- On 05-25-2016, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Greensboro, NC.

- On 06-01-2016, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Boone, NC.

- On 06-04-2016, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Raleigh, NC.

- On 06-17-2016, Jason Long purchased a (12) day supply of pseudoephedrine at Walgreens in Centreville, VA. Approximately (4) hours after Long's purchase, Christine Thompson purchased a (12) day supply of pseudoephedrine at Walgreens in Roanoke, VA. [It should be noted that it takes approximately 3½ hours to drive directly from Centreville, VA (located in Northern Virginia) to Roanoke, VA. This affiant believes that Long and Thompson purchased their pseudoephedrine while returning to Washington County, VA.]

[It should be noted that all but two of the above listed pseudoephedrine purchases since 12-18-2014 occurred outside of Washington County, VA, the county in which Jason Long resides. In fact, the vast majority of purchases occurred in North Carolina. These purchases were made far away from Long's residence even though Washington County, VA and the City of Bristol, VA have numerous retail pharmacies that sell pseudoephedrine products. Even considering that Long and Thompson seem to prefer purchasing Walgreens Wal-Phed D 96 count 30mg tablets, there are Walgreens pharmacies in Abingdon, VA (Washington County, VA) and Bristol, VA (adjacent to Washington County, VA). Furthermore, just outside of Washington County, VA, there are also Walgreens pharmacies in Marion, VA (Smyth County, VA) and Bristol, TN. This affiant believes that Long and Thompson performed their pseudoephedrine purchases in such a manner as to avoid the notice/attention of law enforcement at locales near Long's residence.]

10. Pseudoephedrine is a key precursor in the manufacturing of methamphetamine via the ammonium nitrate/lithium metal method. During the last several years, this affiant has routinely found and seized (via search warrants and consent searches) pseudoephedrine at methamphetamine manufacturing/precursor preparation sites. This affiant has encountered and seized pseudoephedrine at such sites in various forms/stages (e.g. sludges/mixed with liquids) related to methamphetamine production and contained in a variety of glass and plastic containers days, weeks, and even months after the pseudoephedrine was purchased at pharmacies/retail stores.

11. At approximately 10:44pm on 04-02-2016 (about six hours after Long's and Thompson's purchases of pseudoephedrine in Boone, NC – see ¶9 above), law enforcement observed Long and Thompson working on setting up a privacy fence around Long's residence.

12. This affiant is aware based on his training, experience, and conversations with other law enforcement officers that individuals who illegally manufacture methamphetamine and/or conspire to do so typically maintain methamphetamine manufacturing precursors/chemicals/equipment (as described in paragraph #5 above) along with receipts / notes / records / telephone numbers (as they pertain to manufacturing/conspiracy to manufacture), and other items as listed and explained on Attachment B (of the Application and Affidavit for Search Warrant to which this affidavit is attached) on their persons, inside their residences, garages, outbuildings/barns, campers, vehicles (or the vehicles they operate), and inside of vehicles registered to other persons when those vehicles are parked at the manufacturer's/conspirator's residence/property.

13. Individuals who manufacture methamphetamine and/or conspire to do so routinely have persons who are methamphetamine users and/or additional co-conspirators (i.e. shoppers) present at their residences/properties. These users/co-conspirators often illegally possess methamphetamine and methamphetamine use paraphernalia and routinely possess notes, stored telephone numbers, and messages pertaining to their relationships with methamphetamine manufacturers / manufacturing co-conspirators. These users/co-conspirators are oftentimes in possession of other items as listed and explained on Attachment B (of the Application and Affidavit for Search Warrant to which this affidavit is attached) and possess these items on their persons and in their vehicles (or the vehicles they operate) which are oftentimes parked at the drug manufacturer's/co-conspirator's residences/properties.

14. The clandestine manufacturing of methamphetamine is an extremely dangerous process that involves the use of toxic, flammable, explosive, and incompatible chemicals. Explosions, fires, and toxic gasses generally pose the greatest threats to law enforcement officers executing search warrants at methamphetamine manufacturing sites. It is not uncommon for methamphetamine manufacturers to panic when they become aware of a law enforcement presence at a methamphetamine manufacturing site. As a result of their panic, methamphetamine manufacturers have been known to attempt to dispose of evidence of their manufacturing by throwing/pouring chemicals into toilets, bathtubs, and sinks before law enforcement can gain entry and secure the premises. The pouring/mixing of the various chemicals during the attempted disposal creates an increased risk of explosion, fire, and toxic gas exposure due to the nature of the chemicals involved. This affiant believes that the above presents reasonable suspicion that knocking and announcing the presence of law enforcement officers at the time of the execution of this search warrant would prove dangerous to the law enforcement officers involved in the execution of the search warrant.

15. Jason Long's known residence is 29337 Blue Spring Road, Meadowview, VA.

16. Based upon the facts set forth above, I believe that there is probable cause for the issuance of a search warrant for the premises known as 29337 Blue Spring Road, Meadowview, VA (located within the Western District of Virginia) as there is probable cause to believe that there is evidence of a violation of 21 USC 846/841(a)(1) and/or 841(a)(1) at said premises.

_____  6-22-2016
Brian Snedeker, Special Agent (DEA)         Date

Subscribed and sworn to before me, this the 22nd day of June, 2016, in Abingdon, Virginia.

_____
Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia